UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
E*TRADE FINANCIAL CORPORATION and
E*TRADE SECURITIES LLC,

                        Plaintiffs,     :    No. 08 CV _____

        v.

MARCUS J. HERNANDEZ,
SEAN J. GAFFEY, and                                      CORPORATE DISCLOSURE
BANC OF AMERICA                                         STATEMENT PURSUANT
INVESTMENT SERVICES, INC.                  TO FEDERAL RULE OF
                                                            CIVIL PROCEDURE 7.1

                        Defendants.
------------------------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff E*TRADE Securities LLC discloses that its corporate parent is Plaintiff E*TRADE Financial Corporation, a publicly held company. No other publicly held corporation owns 10% or more of the stock of E*TRADE Financial Corporation.

Dated:     March 24, 2008

                                    Respectfully submitted,

                                    COOLEY GODWARD KRONISH LLP

                                    Douglas P. Lobel (DL-3894)
                                    Robert T. Cahill
                                    David A. Vogel
                                    One Freedom Square | Reston Town Center
                                    11951 Freedom Drive
                                    Reston, Virginia 20190-5655
                                    Telephone: (703) 456-8000
                                    Facsimile: (703) 456-8100

357691 v1/RE

                        */s/ Laura Grossfield Birger*
Laura Grossfield Birger (LB-3031)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Counsel for Plaintiffs E*TRADE Financial
Corporation and E*TRADE Securities LLC*