ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

*JUDGE HOLWELL*

# UNITED STATES DISTRICT COURT

Southern District of New York

E*TRADE Financial Corporation and
E*TRADE Securities LLC

V.

Marcus J. Hernandez, Sean J. Gaffey and
Banc of America Investment Services, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 2993**

TO: (Name and address of Defendant)

Marcus J. Hernandez
229 Canterbury Court
Blue Bell, PA 19422-1279

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas P. Lobel
Cooley Godward Kronish LLP
Reston Town Center
One Freedom Square
11951 Freedom Drive
Reston, VA 20190

Laura Grossfield Birger
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 4 2008

CLERK

(By) DEPUTY CLERK

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                       Signature of Server

                                                     _____
                                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E*TRADE FINANCIAL CORPORATION and E*TRADE
SECURITIES LLC,

                                          Plaintiffs,

-against-

MARCUS J. HERNANDEZ, SEAN J. GAFFEY and BANC OF
AMERICA INVESTMENT SERVICES, INC.,
                                          Defendants.
------------------------------------------------------------X

Index No.: 2008 CV 2993 (Holwell)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                    ) ss.:
COUNTY OF NEW YORK  )

JUAN ROLDAN, being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

2. That on **March 24, 2008**, at approximately **10:01 p.m.**, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PRELIMINARY INJUNCTION RELIEF IN AID OF ARBITRATION, CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, CIVIL COVER SHEET,** Individual Practices of Judge Richard J. Holwell and Individual Practices Of Magistrate Judge Theodore H. Katz, all upon **MARCUS J. HERNANDEZ (an Individual),** by Personal Delivery, via Marcus J. Hernandez, who identified himself as the person deponent was seeking to serve. Marcus J. Hernandez, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that he is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at his actual place of residence indicated below:

        MARCUS J. HERNANDEZ
        229 Canterbury Court / Townhouse Country Club
        Blue Bell, Pennsylvania 19422

3. Mr. Marcus J. Hernandez can best be described as:

Male – White skin – Black hair - Brown eyes - Approximately 26 – 36 years of age, 5'7" - 5'11"and 155 - 195 lbs.

Dated:  March 24, 2008
          New York, New York

                                                                       JUAN ROLDAN
                                                                       License No.: 0983113

Sworn to before me on this the 24th day of March 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our reputation on your satisfaction"*