UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION and E*TRADE SECURITIES LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>MARCUS J. HERNANDEZ, SEAN J. GAFFEY, and BANC OF AMERICA INVESTMENT SERVICES, INC.,<br><br>Defendants. | Civil Action No. 08 CV 2993 (RJH)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendants Marcus J. Hernandez and Sean J. Gaffey in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: psaso@gibbonslaw.com.

Dated: New York, New York
April 9, 2008

**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
Telephone (212) 613-2000
Facsimile (212) 333-5980
psaso@gibbonslaw.com
*Attorneys for Defendants*
*Marcus J. Hernandez and Sean J. Gaffey*

s/ Paul A. Saso
Paul A. Saso

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2008, the foregoing Notice of Appearance was electronically filed via the Court's CM/ECF system and served upon the following parties and participants in the manner indicated below:

Douglas Paul Lobel, Esq. (via CM/ECF)
David A. Vogel, Esq. (via first-class mail)
Robert T. Cahill, Esq. (via first-class mail)
Cooley Godward Kronish LLP
One Freedom Square - Reston Town Center
11951 Freedom Drive
Reston, Virginia  20190-5656

Laura Grossfield Birger, Esq. (via CM/ECF)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York  10036-7798

*Counsel for Plaintiffs*
*E\*Trade Financial Corporation and E\*Trade Securities LLC*


                                    s/ Paul A. Saso