WOLFF & SAMSON PC
140 Broadway – 46th Floor
New York, New York 10005
(212) 973-0572
William E. Goydan, Esq. (WG-4151)
e-mail: wgoydan@wolffsamson.com
*Attorneys for Defendant Banc of America
Investment Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION and E*TRADE SECURITIES LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>MARCUS HERNANDEZ, SEAN J. GAFFEY, and BANC OF AMERICA INVESTMENT SERVICES, INC.,<br><br>Defendants. | Civil Action No. 08 CV 2993 (RJH) |

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearances as counsel for defendant Banc of America Investment Services, Inc. in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the e-mail address listed below.

Dated: April 10, 2008

WOLFF & SAMSON PC
140 Broadway – 46th Floor
New York, New York 10005
(212) 973-0572

By: /s/ William E. Goydan
   WILLIAM E. GOYDAN (WG-4151)
   wgoydan@wolffsamson.com

1124540.1