


Douglas P. Lobel
(703) 456-8019
dlobel@cooley.com

April 7, 2008



<u>Via Facsimile (212.805.7948)</u>

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>E*TRADE Financial Corp., et al. v. Hernandez, et al.</u>, No. 08 CV 2993

Dear Judge Holwell:

    This firm represents the Plaintiffs in the above-referenced action.

    We write to respectfully request a five-page extension on the page limit set forth in Your Honor's Individual Practices for our reply memorandum on our Motion for a Preliminary Injunction.

    Plaintiffs seek this enlargement of the page limit because defense counsel has indicated that their opposition memorandum will not only address the arguments Plaintiffs raised in their moving brief, but also address choice-of-law issues, and issues under California law. We believe that addressing these issues while also responding to Defendants' opposition will require the additional pages Plaintiffs now request.

    The Hearing in this matter is scheduled for April 16th at 5:00 p.m. Although the Defendants will not serve their opposition memorandum until Thursday, April 10, and Plaintiffs will not serve their reply until Monday, April 14, we believe the expedited briefing and hearing schedule on this motion makes our request appropriate at this time.

    Defendants' counsel consent to this request so long as Plaintiffs consent to a similar extension on their opposition brief. Thank you for your consideration.

SO ORDERED

*[signature]*
USDJ

Respectfully submitted,

*[signature]*
Douglas P. Lobel

cc:    Thomas J. Momjian, Esq.    4/11/08
        John Lukanski, Esq.
        William E. Goydan, Esq.