```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

E * TRADE FINANCIAL CORPORATION,  :   08 Civ. 02993 (RJH)

                Plaintiff,  :

      -against-  :   **ORDER**

MARCUS J. HERNANDEZ, et al  :

                Defendant.  :

------------------------------------------------------------x

       The hearing on plaintiff's motion for a preliminary injunction scheduled for April 16, 2008 at 5:00 p.m. is rescheduled to April 16, 2008 at 2:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
April 11, 2008
SO ORDERED:

                                                  Richard J. Holwell
                                        United States District Judge