UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

E*TRADE FINANCIAL CORPORATION and   :
E*TRADE SECURITIES LLC,   :
  :
      Plaintiffs,   :
  :
      v.   :      No. 08 CV 2993 (RJH)
  :
MARCUS J. HERNANDEZ,   :
SEAN J. GAFFEY, and   :
BANC OF AMERICA   :
INVESTMENT SERVICES, INC.   :
  :
      Defendants.   :

-------------------------------------------------------------- x

**DECLARATION OF EDWARD MINER IN
SUPPORT OF E*TRADE'S REPLY MEMORANDUM**

Edward Miner declares as follows pursuant to 28 U.S.C. § 1746:

1.      I have been employed on a contract basis by E*TRADE Securities, LLC ("E*TRADE") since 2006 and full-time by E*TRADE since January 7, 2007 as an Operations Analyst in the Oversight and Supervision Department.

2.      As an Operations Analyst, my duties include assisting in the review of interactions between E*TRADE employees and clients for compliance with company policies and industry regulations.

**E*TRADE's Recording of Client Calls**

3.      It is E*TRADE's practice to conduct all conversations between E*TRADE clients and E*TRADE representatives on a recorded line (a "Recording") so that the content of these conversations can be retrieved if needed. This policy includes recording telephone calls made by E*TRADE representatives to clients following the departure of a Financial Advisor.

359620 v2/RE

4.      E*TRADE's policy to record calls with clients is disclosed to the clients at the commencement of each call.

5.      These Recordings are in the form of digital audio files.  They are logged into a database and are stored indefinitely on E*TRADE's computer network.

6.      Authorized E*TRADE personnel can search for and retrieve Recordings by entering a number of search criteria into the database.  Following a search, the Recordings can be played back on computers connected to E*TRADE's computer network or can be saved onto transferable media such as a compact disc.

7.      In connection with my employment, I am on occasion called upon to locate and retrieve Recordings in the manner described above.

**Recordings of Conversations Concerning Gaffey and Hernandez**

8.      At the direction of E*TRADE counsel, I or other E*TRADE employees at my direction, located on E*TRADE's Recording database the Recordings of telephone conversations between E*TRADE representatives and the following clients relating to former Financial Advisor **Sean J. Gaffey**:

(a)      E*TRADE Client xxxx-2528 (Transcript attached as Exhibit 1).

(b)      E*TRADE Client xxxx-3460 (Transcript attached as Exhibit 2).

(c)      E*TRADE Client xxxx-7400 (Transcript attached as Exhibit 3).

9.      At the direction of E*TRADE counsel, I or other E*TRADE employees at my direction, located on E*TRADE's Recording database the Recordings of telephone conversations between E*TRADE representatives and the following clients relating to former Financial Advisor **Marcus J. Hernandez**:

(a)      E*TRADE Client xxxx-0977 (Transcript attached as Exhibit 4).

- 2 -

    (b)    E*TRADE Client xxxx-6453 (Transcript attached as Exhibit 5).

10.    After I or other E*TRADE employees at my direction located and retrieved these five Recordings, I caused them to be recorded onto a transferable medium and sent to a Registered Professional Court Reporter to prepare a transcript of the calls (the "Transcripts").

Executed this _11 th_ day of April, 2008, at New York, NY.


_____
Edward Miner

359620 v2/RE

# EXHIBIT 1

E*TRADE Client (XXXX-2528)                          April 9, 2008
Telephonic Conversation

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

E*TRADE FINANCIAL CORPORATION    )

and E*TRADE SECURITIES LLC,       )

        Plaintiffs,           )

    v.                            ) No. 08 CV 2993 (RJH)

MARCUS J. HERNANDEZ, SEAN J.      )

GAFFEY, and BANC OF AMERICA       )

INVESTMENT SERVICES, INC.,        )

        Defendants.          )

- - - - - - - - - - - - - - - -


    Transcription of a taped telephone conversation

between E*TRADE Client XXXX-2528 and a representative

of E*TRADE FINANCIAL CORPORATION, recorded on an

unknown date, transcribed by Jonathan Wonnell, a

Registered Professional Court Reporter and Notary

Public of the District of Columbia.

E*TRADE Client (XXXX-2528)                          April 9, 2008
Telephonic Conversation

2 (Pages 2 to 5)

**2**

1              P R O C E E D I N G S
2         E*TRADE REP 1: Mr. (Client XXXX-2528)?
3         CLIENT XXXX-2528: Yes.
4         E*TRADE REP 1: Thanks for holding. I've
5    got Steve on the line for you.
6         CLIENT XXXX-2528: Thank you.
7         E*TRADE REP 2: Hi, Mr. (Client XXXX-2528).
8    How can I help you today? This is Steve Zieba [phon.].
9         CLIENT XXXX-2528: Yeah. Hi there. I
10   wanted to talk to you for a minute about a call I had
11   this morning from Sean Gaffey.
12        E*TRADE REP 2: Oh, okay.
13        CLIENT XXXX-2528: He was calling to
14   basically try to incent me to join -- move my accounts
15   to his company.
16        E*TRADE REP 2: Okay.
17        CLIENT XXXX-2528: And I don't know if he
18   had a noncompete clause with you folks, but I thought
19   you would want to know that.
20        E*TRADE REP 2: Oh. Absolutely. Yeah.
21        CLIENT XXXX-2528: And he was pretty hard
22   about it in terms of -- he basically seems to think

**3**

1    you guys are heading for bankruptcy or laying on big
2    numbers around notes coming due and all this -- what
3    do you call it -- the CDOs and all that. I mean, it
4    was really a hard sell.
5         E*TRADE REP 2: Mm-hmm.
6         CLIENT XXXX-2528: And I was actually a
7    little offended. So I thought you'd want to know
8    that. But the flip side of it is that I tried to call
9    him on Friday morning --
10        E*TRADE REP 2: Okay.
11        CLIENT XXXX-2528: -- while he was still an
12   employee to place a trade and he never returned my
13   call and that cost me about another maybe $500 or so
14   on a bond trade.
15        E*TRADE REP 2: Oh. Okay.
16        CLIENT XXXX-2528: And I'm not happy about
17   that either. So I'm not demanding anything, but he
18   was your employee at the time still.
19        E*TRADE REP 2: Mm-hmm.
20        CLIENT XXXX-2528: So I thought I would
21   kind of just mention both of these. They're kind of
22   the same issue, his mode of departure.

**4**

1         E*TRADE REP 2: Okay. Was this just this
2    past Friday?
3         CLIENT XXXX-2528: Yes.
4         E*TRADE REP 2: Okay. Hmm. I'm trying to
5    think when he actually left the firm. I'm thinking it
6    might have been the middle of last week. He might not
7    have actually been with us at that point.
8         CLIENT XXXX-2528: Oh. That's strange,
9    because his voice mail was still working.
10        E*TRADE REP 2: Yeah. That's often the
11   case. They don't get to it right away. I think it
12   was actually towards the middle of last week that he
13   actually -- was his last day, so --
14        CLIENT XXXX-2528: I'm pretty sure I spoke
15   to him Wednesday, because I believe -- isn't that the
16   day I called and asked you about the conversion offer
17   on that bond?
18        E*TRADE REP 2: Right. Because I put
19   you --
20        CLIENT XXXX-2528: What happened is I spoke
21   to him and he didn't have the information and
22   suggested I talk to somebody on the client team, which

**5**

1    is when I called you.
2         E*TRADE REP 2: Okay.
3         CLIENT XXXX-2528: And then I got the
4    information and thought about it some and called him
5    back -- or tried to call him back to place the trade
6    and got his voice mail as has happened in the past.
7    And normally he's been reasonably prompt in getting
8    back to me or if he's not in, if he's on vacation or
9    something he was normally pretty good about leaving
10   that message on his voice mail.
11        So then it was that Friday morning that I
12   left a message and didn't hear back from him all day
13   and then by the time I realized that the market was
14   closed I called back and made the trade on Monday and
15   by then the price on those bonds had deteriorated a
16   bit further.
17        E*TRADE REP 2: Right. Right. Well, I
18   certainly appreciate your input here. I'll definitely
19   forward this on to the management. And like I said, I
20   don't know the exact time he left. He was in a
21   complete different department and even a different
22   city from where I am. But I do -- yeah, I do know --

E*TRADE Client (XXXX-2528)                            April 9, 2008
Telephonic Conversation

3  (Pages 6 to 9)

---

6

1  this week, though, you were able to get through to Vin
2  Sica [phon.] and he was able to help you out?
3          CLIENT XXXX-2528:  Yeah.  Basically when
4  Gaffey didn't call me back I called a group, just like
5  I'm calling this number, and asked to be connected
6  with fixed income.  And actually, I think I actually
7  asked for Sean by name and was told at that point that
8  he was no longer an employee.
9          And that's when they connected me with
10 Sica, you know, who did what he was supposed to at the
11 time.  But again, my inability -- the lack of being
12 informed that Steve was no longer there basically
13 prevented me from executing that trade on Friday when
14 I would have gotten a better price.
15         E*TRADE REP 2:  Right.  Sean, in other
16 words Sean Gaffey was no longer there on Friday.  I'll
17 definitely go ahead and forward that as an issue there
18 to let them know you think it probably was about $500
19 difference --
20         CLIENT XXXX-2528:  Yeah.  It was about a
21 half a point difference.  They can look at what the
22 market was on Friday and then again on Monday.

---

7

1          E*TRADE REP 2:  Okay.  Do you remember what
2  time on Friday you called in to leave the message?
3  Was it the morning or afternoon or --
4          CLIENT XXXX-2528:  Yeah.  I wanted to make
5  the trade.  I called them 9:00 or 10:00 Central Time.
6          E*TRADE REP 2:  Okay.  Around 9:00 or 10:00
7  Eastern Time?
8          CLIENT XXXX-2528:  The call is probably
9  still on his voice mail.
10         E*TRADE REP 2:  Yeah.  I wouldn't doubt it.
11         CLIENT XXXX-2528:  Look, it's not a how
12 many amount of money.  It's just an annoyance.
13         E*TRADE REP 2:  Okay.  All right.
14 Absolutely.  Well, I'll let them at least know about
15 it so that there's a record of it.  Because certainly
16 he should have -- if he had been there certainly he
17 should have contacted you and let you know.
18         CLIENT XXXX-2528:  I'd be happy with some
19 number of free trades or something like that to
20 compensate -- of course not compensate, but -- that's
21 a suggestion.
22         E*TRADE REP 2:  Sure.  Let me see what I

---

8

1  can do for you.  I probably won't have a response for
2  you tonight.
3          CLIENT XXXX-2528:  No rush.  I'm traveling.
4  But I thought it was -- most people in sales in that
5  kind of a situation aren't in a position to go solicit
6  former clients.  And I just didn't like that.
7          E*TRADE REP 2:  And he called you today to
8  try and get you --
9          CLIENT XXXX-2528:  Yeah.  This morning on
10 my cell phone.
11         E*TRADE REP 2:  Okay.  All right.  Well, I
12 appreciate the input.  And let me see what I can do
13 for you here in regards to that.  I do apologize for
14 what happened there too.  But let me see what we can
15 do to try to help you out here.  Okay?
16         CLIENT XXXX-2528:  I appreciate it.  Thanks
17 a lot.
18         E*TRADE REP 2:  Have a nice day.
19         CLIENT XXXX-2528:  You too.  Bye.
20         (Call ends.)
21
22

---

9

1  UNITED STATES OF AMERICA  )
2
3  DISTRICT OF COLUMBIA       )
4          I, JONATHAN WONNELL, a Notary Public in and
5  for the District of Columbia, do hereby certify that
6  the within transcript is a true and accurate record of
7  the taped telephone conversation as provided by
8  counsel in the above-entitled matter.
9          I further certify that I am not a relative,
10 employee, attorney or counsel of any of the parties to
11 this action and that I am in no way interested in the
12 outcome of this matter.
13         IN WITNESS WHEREOF, I have hereunto set my
14 hand this _____ day of _____, 2008.
15
16
17
18      _____
19          JONATHAN WONNELL
20
21 My Commission expires:
22 October 1, 2012

---

E*TRADE Client (XXXX-2528)
Telephonic Conversation

9

1    UNITED STATES OF AMERICA      )

2

3    DISTRICT OF COLUMBIA          )

4          I, JONATHAN WONNELL, a Notary Public in and

5    for the District of Columbia, do hereby certify that

6    the within transcript is a true and accurate record of

7    the taped telephone conversation as provided by

8    counsel in the above-entitled matter.

9          I further certify that I am not a relative,

10   employee, attorney or counsel of any of the parties to

11   this action and that I am in no way interested in the

12   outcome of this matter.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand this _14TH_ day of _April_____, 2008.

15

16

17

18   _____

19                 JONATHAN WONNELL

20

21   My Commission expires:

22   October 1, 2012

# EXHIBIT 2

E*TRADE Client (XXXX-3460)                    April 9, 2008
Telephonic Conversation

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

E*TRADE FINANCIAL CORPORATION   )

and E*TRADE SECURITIES LLC,     )

          Plaintiffs,           )

     v.                         ) No. 08 CV 2993 (RJH)

MARCUS J. HERNANDEZ, SEAN J.    )

GAFFEY, and BANC OF AMERICA     )

INVESTMENT SERVICES, INC.,      )

          Defendants.           )

- - - - - - - - - - - - - - - -


      Transcription of a taped telephone conversation

between E*TRADE Client XXXX-3460 and a representative

of E*TRADE FINANCIAL CORPORATION, recorded on February

27, 2008, transcribed by Jonathan Wonnell, a

Registered Professional Court Reporter and Notary

Public of the District of Columbia.

E*TRADE Client (XXXX-3460)                    April 9, 2008
Telephonic Conversation

2  (Pages 2 to 5)

---

**2**

1            P R O C E E D I N G S
2        SECRETARY:  (Company).
3        E*TRADE REP:  Hi.  (Client XXXX-3460)
4   please?  This is Richard with E*TRADE.
5        SECRETARY:  One second.
6        E*TRADE REP:  Thanks.
7        CLIENT XXXX-3460:  Hello?
8        E*TRADE REP:  Hi, (Client XXXX-3460).
9   Richard Gilbert calling with E*TRADE.  How are you?
10       CLIENT XXXX-3460:  Okay.  How are you?
11       E*TRADE REP:  Good.  Good.  I wanted to
12  touch base.  It looks like all the service work has
13  been done on all the different accounts that you have.
14  And I wanted to let you know it is done and check in
15  and see what you're thinking about how things stand
16  right now.
17       CLIENT XXXX-3460:  Well, your guy quit.
18       E*TRADE REP:  So you knew that already?
19       CLIENT XXXX-3460:  Yeah.  He called me.
20       E*TRADE REP:  He did?
21       CLIENT XXXX-3460:  Yeah.  He called me
22  after he was over at Bank of America or wherever the

---

**3**

1   hell he is.
2        E*TRADE REP:  Okay.  Was he soliciting
3   business with you?  Because that's one of the reasons
4   I was calling you was to find out -- is to give you
5   your new contact here.
6        CLIENT XXXX-3460:  Yeah.  He was -- I mean,
7   obviously.  What do you think he was doing?
8        E*TRADE REP:  Yeah.  Hmm.  Interesting.
9   Not supposed to do that.  Are you making a move or --
10       CLIENT XXXX-3460:  No, I didn't make a
11  move.
12       E*TRADE REP:  Okay, good.  I've got a
13  gentleman that's actually from Minnesota.  His name is
14  Jonathan Merickel.  It's M-e-r-i-c-k-e-l.  I can spell
15  this information again.  And Jonathan is -- I talked
16  to him about a half an hour ago and we kind of looked
17  through your account just to make sure he was familiar
18  in case you had questions.  And I thought, you know
19  what, he was certainly willing to give you a call.  I
20  thought, you know, I'd give you a call here and see
21  what you're thinking.  I'm going to see if he's
22  available.

---

**4**

1        CLIENT XXXX-3460:  What's his name?
2        E*TRADE REP:  It's Jonathan or Jon.  The
3   last name is Merickel.  It's M-e-r-i-c-k-e-l.  Yup.
4   He's there.  So certainly -- and he gave me his
5   extension.  Do you have a minute that I can conference
6   him in here?  I just want to give you your new contact
7   in case you have questions.
8        CLIENT XXXX-3460:  Actually, can you give
9   me his number?  I'm supposed to go to a meeting right
10  down the hall here, so --
11       E*TRADE REP:  Okay.  Let me get it -- the
12  outside line here.  Bear with me.  I've got his
13  extension right in front of me, but bear with me.
14  Okay.  It's 866-789-0712.  Jon is a great guy.  I
15  think --
16       CLIENT XXXX-3460:  Where is he out of?  Is
17  he in New York?
18       E*TRADE REP:  Chicago.
19       CLIENT XXXX-3460:  Oh, Chicago?
20       E*TRADE REP:  Yup.  He's from the
21  Minneapolis area.
22       CLIENT XXXX-3460:  Okay.

---

**5**

1        E*TRADE REP:  And he's more than welcome to
2   meet with you here or after hours if need be, he said.
3   So -- yeah, I think you'll like Jonathan.  He's very
4   sharp.
5        CLIENT XXXX-3460:  Can you ask him to call
6   me?
7        E*TRADE REP:  Absolutely.
8        CLIENT XXXX-3460:  Or should I call him?
9   Do I need an extension number?  Probably not.
10       E*TRADE REP:  Well, no.  It says direct
11  dial.
12       CLIENT XXXX-3460:  All right.  Well, I'll
13  give him a call as soon as I get out of this meeting.
14  Okay?
15       E*TRADE REP:  Okay.  Sounds good.
16       CLIENT XXXX-3460:  Yup.  Bye.
17       (Call ends.)

---

E*TRADE Client (XXXX-3460)                     April 9, 2008
Telephonic Conversation

3  (Page 6)

```
 1   UNITED STATES OF AMERICA   )
 2
 3   DISTRICT OF COLUMBIA     )
 4         I, JONATHAN WONNELL, a Notary Public in and
 5   for the District of Columbia, do hereby certify that
 6   the within transcript is a true and accurate record of
 7   the taped telephone conversation as provided by
 8   counsel in the above-entitled matter.
 9         I further certify that I am not a relative,
10   employee, attorney or counsel of any of the parties to
11   this action and that I am in no way interested in the
12   outcome of this matter.
13         IN WITNESS WHEREOF, I have hereunto set my
14   hand this _____ day of _____, 2008.
15
16
17
18         _____
19         JONATHAN WONNELL
20
21   My Commission expires:
22   October 1, 2012
```

E*TRADE Client (XXXX-3460)                    February 27, 2008
Telephonic Conversation

6

1    UNITED STATES OF AMERICA      )

2

3    DISTRICT OF COLUMBIA          )

4          I, JONATHAN WONNELL, a Notary Public in and

5    for the District of Columbia, do hereby certify that

6    the within transcript is a true and accurate record of

7    the taped telephone conversation as provided by

8    counsel in the above-entitled matter.

9          I further certify that I am not a relative,

10   employee, attorney or counsel of any of the parties to

11   this action and that I am in no way interested in the

12   outcome of this matter.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand this __14th__ day of __April_____, 2008.

15

16

17

18   _____

19                 JONATHAN WONNELL

20

21   My Commission expires:

22   October 1, 2012

# EXHIBIT 3

E*TRADE Client (XXXX-7400)                      March 14, 2008
Telephonic Conversation

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

E*TRADE FINANCIAL CORPORATION  )

and E*TRADE SECURITIES LLC,     )

        Plaintiffs,          )

        v.                   ) No. 08 CV 2993 (RJH)

MARCUS J. HERNANDEZ, SEAN J.    )

GAFFEY, and BANC OF AMERICA     )

INVESTMENT SERVICES, INC.,      )

        Defendants.          )

       - - - - - - - - - - -


        Transcription of a taped telephone

conversation between Client XXXX-7400 and a

representative of E*TRADE FINANCIAL CORPORATION,

recorded on March 14, 2008, transcribed by Cheryl A.

Lord, a Registered Professional Reporter and Notary

Public of the District of Columbia.

E*TRADE Client (XXXX-7400)                     March 14, 2008
Telephonic Conversation

2  (Pages 2 to 5)

---

**2**

1                PROCEEDINGS
2
3          E*TRADE REP 1:  This is Jason Moore.
4   State your name and account number.
5          E*TRADE REP 2:  Hi, Jason.
6   This is Howard in Platinum.
7   How you doing, man?
8          E*TRADE REP 1:  All right.
9          E*TRADE REP 2:  Good.
10         Let me give you this guy's account number
11  here. It's account number XXXX-7400.
12         E*TRADE REP 1:  Okay.
13         E*TRADE REP 2:  Client XXXX-7400. I'm
14  going to stay on the line with him here.  He's got
15  some questions about basically taking some money out
16  of his account and what the rules are, kind of putting
17  it back in here.
18         Do you mind talking to him real quick?
19         E*TRADE REP 1:  I don't.
20         E*TRADE REP 2:  Thanks, man.  We'll be
21  talking in just a bit.
22         Client XXXX-7400?

**3**

1          CLIENT XXXX-7400:  Yes.
2          E*TRADE REP 2:  Thanks for holding.
3          I got Jason Moore on the line with us from
4   the retirement desk, and I'm going to stay on the line
5   with you here and listen in.  So if you want to ask
6   Jason your question here, he should be able to help
7   you out.
8          CLIENT XXXX-7400:  Okay.
9          E*TRADE REP 1:  Thank you for holding,
10  Client XXXX-7400.
11         My name is Jason Moore with the retirement
12  tax team.  I was told that you had some questions
13  about distributions from the account, sir.
14         CLIENT XXXX-7400:  Yes.
15         I want to know if you know if it's allowed
16  for me to borrow money from an IRA and pay it back
17  before the end of the tax year.
18         E*TRADE REP 1:  Okay.  Okay.
19         Now, before the end of the tax year, now,
20  there's what's called a 60-day rollover, which means
21  you can take the money out of the account and you can
22  deposit it back into the account within 60 days.

**4**

1          CLIENT XXXX-7400:  When I pull the money
2   out -- does that then -- do you have to -- at the end
3   of the year, do you file a form or a report to the IRS
4   that it went out and then it came back in again?
5          E*TRADE REP 1:  Yes, sir.
6          What would happen is, you would get a --
7   what's called a 1099 R, which shows that you took a
8   distribution out of the account, and then you put the
9   money back in, you get a 5498, which says the money
10  went -- got put back into the account, but the --
11  those forms do not put actual dates on it.  If the IRS
12  ever audited on it, you'll have to provide
13  documentation as far as your statements go, showing
14  the dates it was done within 60 calendar days.  It's
15  not an actual loan where you pay an actual percentage
16  on it, like a 401(k) or anything like that.
17         CLIENT XXXX-7400:  Right.  Okay.  All
18  right.
19         I think that helps me.  That's all I
20  needed.
21         E*TRADE REP 1:  All right.
22         Is there anything else I can do for you,

**5**

1   Client XXXX-7400?
2          CLIENT XXXX-7400:  No, that's it.
3          Thank you.
4          Is there anything else, Howard?
5          E*TRADE REP 2:  No, thanks, Jason.
6          Client XXXX-7400, did you need anything
7   else from me today?
8          CLIENT XXXX-7400:  No.
9          That gives me the information.  I'm
10  probably not going to do it for 60 days.
11         E*TRADE REP 2:  Okay.
12         CLIENT XXXX-7400:  I don't want to
13  complicate things. I'll look other places for funds.
14         E*TRADE REP 2:  Okay.  Now, that said, do
15  you have any plans for that -- I mean, you got 171,000
16  in cash in that beneficiary IRA.
17         CLIENT XXXX-7400:  Right.
18         E*TRADE REP 2:  Did you have any other
19  plans to do anything with that, then, at this time?
20         CLIENT XXXX-7400:  Well, I'm probably going
21  to -- the market looks pretty hammered right now.  It
22  might be a good time to buy some stocks, so I'll

---

Henderson Legal Services, Inc.

202-220-4158                        www.hendersonlegalservices.com

E*TRADE Client (XXXX-7400)                    March 14, 2008
Telephonic Conversation

3  (Pages 6 to 9)

6

1   probably be buying something pretty soon.  Just kind
2   of waiting for it to take another -- pull back again.
3         E*TRADE REP 2:  If you decide anything, if
4   you're going to stay where it's at and not come back
5   here, let me know, and we can get you in touch with
6   one of the financial advisers there and maybe at least
7   get you some interest on that cash.
8         CLIENT XXXX-7400:  Yeah.
9         It's getting a little bit of interest in
10  the account.
11        E*TRADE REP 2:  Right, but not as much as
12  they can get you obviously with, you know, some
13  preferreds or whatever type of bonds specials they got
14  going on there.  I think the guy you talked to in the
15  past is Sean Gaffey, who is actually no longer here.
16  If you end up wanting to do something like that, just
17  let me know, and I'll get you in touch with an
18  adviser.
19        CLIENT XXXX-7400:  Yeah.
20        In fact Sean called me.  I don't know if
21  that's legal or not.
22        E*TRADE REP 2:  No, it's not.  When did he

7

1   call you?
2         CLIENT XXXX-7400:  After he left.
3         E*TRADE REP 2:  (Inaudible.)
4         CLIENT XXXX-7400:  Yeah.
5         He said he was at a new firm and just to
6   let me know that he was there if I had any money I
7   wanted to invest.
8         E*TRADE REP 2:  He's at Banc of America,
9   and we make those guys sign noncompetes, so it's
10  really not kosher if you know what I mean there.
11        CLIENT XXXX-7400:  Right.
12        I don't think it's -- I think when people
13  sign contracts, they ought to stick with them, and if
14  you have other instances of that and you want me to
15  certify that, I'd be glad to do it.
16        E*TRADE REP 2:  I appreciate that.
17        Yeah.  We do have some other ones, so I
18  will let you know if we need anything like that,
19  because I really appreciate it.
20        CLIENT XXXX-7400:  Yeah.
21        I don't have dates where he called me.  He
22  just called me and let me know he left, and it's been

8

1   a while since he called me.
2         E*TRADE REP 2:  Okay.  I really appreciate
3   your telling me that.  I'll kind of push that up the
4   ladder and let them know, because I don't know if
5   they're -- you know, if anything is going to happen
6   with that or not, but we'll definitely be in touch if
7   we need any documentation or anything like that.
8         CLIENT XXXX-7400:  Okay.
9         E*TRADE REP 2:  Was there anything else at
10  this time?
11        CLIENT XXXX-7400:  No.
12        That's it.
13        Thank you.
14        E*TRADE REP 2:   All right.  Take care,
15  Client XXXX-7400.
16            (Audio ends.)
17
18
19
20
21
22

9

1   UNITED STATES OF AMERICA   )
2   DISTRICT OF COLUMBIA       )
3         I, CHERYL A. LORD, a Notary Public in and
4   for the District of Columbia, do hereby certify that
5   the within transcript is a true and accurate record of
6   the taped telephone conversation as provided by
7   counsel in the above-entitled matter.
8         I further certify that I am not a relative,
9   employee, attorney or counsel of any of the parties to
10  this action and that I am in no way interested in the
11  outcome of this matter.
12        IN WITNESS WHEREOF, I have hereunto set my
13  hand this       day of        , 2008.
14
15        CHERYL A. LORD
16        Notary Public in and for the
17        District of Columbia
18  My Commission expires April 30, 2011
19
20
21
22

```
 1   UNITED STATES OF AMERICA    )

 2   DISTRICT OF COLUMBIA         )

 3             I, CHERYL A. LORD, a Notary Public in and

 4   for the District of Columbia, do hereby certify that

 5   the within transcript is a true and accurate record of

 6   the taped telephone conversation as provided by

 7   counsel in the above-entitled matter.

 8             I further certify that I am not a relative,

 9   employee, attorney or counsel of any of the parties to

10   this action and that I am in no way interested in the

11   outcome of this matter.

12             IN WITNESS WHEREOF, I have hereunto set my

13   hand this____11th____day of____April____, 2008.

14

15                    CHERYL A. LORD

16                    Notary Public in and for the

17                    District of Columbia

18   My Commission expires April 30, 2011

19

20

21

22
```

# EXHIBIT 4

E*TRADE Client (XXXX-0977)                          April 9, 2008
Telephonic Conversation

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

E*TRADE FINANCIAL CORPORATION    )

and E*TRADE SECURITIES LLC,      )

          Plaintiffs,            )

     v.                          ) No. 08 CV 2993 (RJH)

MARCUS J. HERNANDEZ, SEAN J.     )

GAFFEY, and BANC OF AMERICA      )

INVESTMENT SERVICES, INC.,       )

          Defendants.            )

- - - - - - - - - - - - - - - -


        Transcription of a taped telephone conversation

between E*TRADE Client XXXX-0977 and a representative

of E*TRADE FINANCIAL CORPORATION, recorded on an

unknown date, transcribed by Jonathan Wonnell, a

Registered Professional Court Reporter and Notary

Public of the District of Columbia.

E*TRADE Client (XXXX-0977)                      April 9, 2008
Telephonic Conversation

2  (Pages 2 to 5)

**2**

1          P R O C E E D I N G S
2      (Phone ringing.)
3      CLIENT XXXX-0977:  This is XXXX-0977.
4      E*TRADE REP:  Hey, XXXX-0977.  It's Alan
5  Casebolt, with E*TRADE Financial in Denver.  How are
6  you doing today?
7      CLIENT XXXX-0977:  Oh, pretty good.  How
8  about yourself?
9      E*TRADE REP:  I'm doing well.  I'm doing
10  well.  I just wanted to call for a couple of things.
11  One of them is I just want to let you know -- I don't
12  know whether you've heard or not -- but Marcus
13  Hernandez actually left E*TRADE.
14      CLIENT XXXX-0977:  Yeah.  I was pretty
15  bummed.
16      E*TRADE REP:  Were you?  And I can
17  understand.  One thing I can do is put you in touch
18  with another gentleman when you're ready by the name
19  of Brian Fallon because I know you didn't want to work
20  with Roger and Brian is another person out of that
21  same office as Marcus was.
22      CLIENT XXXX-0977:  Yeah.

**3**

1      E*TRADE REP:  And I can put you in touch
2  with him if you decide if you need to do anything or you
3  want to have a review done again.
4      CLIENT XXXX-0977:  Okay.
5      E*TRADE REP:  Because we've got him
6  available.  But I just did want to check in with you
7  and let you know about that.  Other than that, wanted
8  to find out whether you had any questions about all of
9  the news that's been out on E*TRADE here lately.
10      CLIENT XXXX-0977:  Yeah.  Marcus was candid
11  about his concerns about, you know, E*TRADE as an
12  entity.  You know, just being able to stay afloat was
13  probably his biggest concern.
14      E*TRADE REP:  Okay.
15      CLIENT XXXX-0977:  That's one of the
16  reasons why he left.  Not that it's imminent, but that
17  it's -- and I actually had a Morning Star editor on
18  this -- a client of mine express some concern that
19  actually still reads E*TRADE that kind of alluding to
20  the same thing.  What do you think?
21      E*TRADE REP:  You know, I think we're fine.
22  I mean, I think we're going to have a bumpy road for a

**4**

1  while.  I think the stock has certainly taken a
2  beating and we're still -- you know, there's still some concerns
3  out there with the debt we took on.  But at the same
4  time the stock is doing -- is still doing well.  And I
5  think it will -- I think we're going to continue to
6  survive.  I think --
7      CLIENT XXXX-0977:  Yeah.
8      E*TRADE REP:  You know, one of the things
9  that they didn't talk about you don't hear much about is last year,
10  even though we had the huge loss, our actual earnings was a record
11  year.
12      CLIENT XXXX-0977:  Yeah.
13      E*TRADE REP:  You know, and we're still
14  opening up accounts.  We've still got -- We're well capitalized
15  and I think we'll continue to be.  We're running a couple of
16  commercials I know on the Super Bowl Sunday --
17      CLIENT XXXX-0977:  Oh, good.
18      E*TRADE REP:  -- to get business back going
19  again.  There's really a nice article in the Wall
20  Street Journal.  I'm looking at an online version of
21  it.  I don't know whether it will be available -- you
22  know, whether it's available in the actual paper -- I

**5**

1  haven't looked -- on us.  And there's analysts that
2  say they're still concerned.  There's analysts that say
3  we're fine.
4      And everything I am hearing it says we're
5  doing fine.  There is information like if you want
6  to -- if you have concerns what you can do is go on to
7  the website.
8      CLIENT XXXX-0977:  Yeah.
9      E*TRADE REP:  And actually before you log
10  in to the account, once you've -- as soon as you hit
11  the website, there's a tab you can go to -- there's a
12  couple things you can see there.
13      CLIENT XXXX-0977:  Okay.
14      E*TRADE REP:  The tab -- as I'm looking for
15  it here myself, so that I can tell you what it's called --
16  is called -- it's about E*TRADE/investor relations.
17  And in that tab you'll see a couple of things.  One of
18  them is you can listen to -- there's the recording of
19  our fourth quarter call you can listen to.  There is
20  also -- you know, you can play it and listen to it.
21      There is also a deal on there that talks
22  about the progress in our turnaround plan that came

E*TRADE Client (XXXX-0977)                    April 9, 2008
Telephonic Conversation

3 (Pages 6 to 9)

|  | 6 |
|---|---|
| 1 | out on January 9th. |
| 2 | CLIENT XXXX-0977: Okay. |
| 3 | E*TRADE REP: So there's several things out |
| 4 | there you can look at. But like I said, I think we're |
| 5 | doing fine. I think we will continue to do fine. I |
| 6 | think it's just going to be -- you know, as one of the things |
| 7 | that does happen a lot with us right now is we're |
| 8 | lumped in with everybody else who's had trouble with |
| 9 | subprime stuff. |
| 10 | CLIENT XXXX-0977: Yep. |
| 11 | E*TRADE REP: And anytime anybody announces |
| 12 | that they're going to have to take another write-off |
| 13 | on the subprime stuff, our stock takes a hit. |
| 14 | CLIENT XXXX-0977: Yup. |
| 15 | E*TRADE REP: It's kind of like Microsoft |
| 16 | was during the tech wreck. A very good company, did |
| 17 | very well, but every time somebody -- a tech problem |
| 18 | came out they took a hit because they were a tech |
| 19 | company as well. |
| 20 | CLIENT XXXX-0977: Yep. |
| 21 | E*TRADE REP: But I think we're going to |
| 22 | continue to do fine. I think it's just going to be -- |

|  | 7 |
|---|---|
| 1 | A lot of people are saying and Jarrett, the acting CEO |
| 2 | said it's going to be 2009 probably before we return a |
| 3 | profit. But we're well capitalized and we're going to |
| 4 | make it through the whole mess. |
| 5 | CLIENT XXXX-0977: Well, I think one of the |
| 6 | things mentioned was your big dog leader was leaving. |
| 7 | So that was a factor in Marcus' concern too. |
| 8 | E*TRADE REP: Was the fact that Mitch was |
| 9 | leaving? |
| 10 | CLIENT XXXX-0977: Yeah. |
| 11 | E*TRADE REP: And I think part of the thing |
| 12 | with him -- I think he left -- because he's one of the reasons |
| 13 | we ended up in this mess. |
| 14 | CLIENT XXXX-0977: Yeah. |
| 15 | E*TRADE REP: And the one thing I like is |
| 16 | right now Jarrett, who's the acting CEO and is going |
| 17 | for the job of CEO, he actually came from the |
| 18 | brokerage side of the business and he's the one that's |
| 19 | right now leading the recovery and getting back to the |
| 20 | basics of the brokerage business which is where our |
| 21 | bread and butter is. That's where we've we built our |
| 22 | company on. |

|  | 8 |
|---|---|
| 1 | And Mitch was more from the banking side |
| 2 | and I think he was trying to -- he was from the |
| 3 | banking side and was trying to build the business |
| 4 | through the banking side and was directing with the |
| 5 | buying of the CDOs that ended up hurting us. |
| 6 | CLIENT XXXX-0977: Yep. |
| 7 | E*TRADE REP: So I like having Mitch -- |
| 8 | or -- excuse me -- Jarrett in charge. I think he's |
| 9 | going to do a good job just in the fact that he knows |
| 10 | the brokerage side of the business, which is where we |
| 11 | make most of our money. |
| 12 | CLIENT XXXX-0977: Well, I've enjoyed the |
| 13 | combination. And of course your yield is a big -- is |
| 14 | competitive nationally. |
| 15 | E*TRADE REP: And I think we're going to |
| 16 | continue to have that. With Mitch in charge it's not |
| 17 | like were going to abandon the bank side. But I think |
| 18 | more the focus on growth is going to be from the |
| 19 | brokerage side of the business and expanding on that. |
| 20 | CLIENT XXXX-0977: Well, you know, one thing |
| 21 | interesting, of course, you know when you deal with a |
| 22 | broker like recommended by Marcus, I kind of got into |

|  | 9 |
|---|---|
| 1 | those investments a little bit. And they are |
| 2 | front-end loaded probably because of the fee to be |
| 3 | enjoyed by the broker -- I'm guessing, anyhow -- such |
| 4 | as Marcus would have done. |
| 5 | E*TRADE REP: Right, and a lot of times they'll |
| 6 | tell you depending on how much you're putting into the |
| 7 | investments -- and I don't know which one you did with |
| 8 | him. But a lot of times they'll put you into the |
| 9 | front-end loaded type of things because you get a |
| 10 | better price if you're doing larger investments. You |
| 11 | know, as you invest more money the price goes down on |
| 12 | the front-end load. |
| 13 | The other choice is doing like a back-end |
| 14 | load or C share. And with those type of |
| 15 | investments -- with those you're going to -- back-end |
| 16 | load you've got to hold for a longer period of time |
| 17 | and there's no break for adding to the accounts or |
| 18 | buying additional shares or for doing a bulk transfer, |
| 19 | whereas -- |
| 20 | CLIENT XXXX-0977: Alan, can you give me |
| 21 | your phone number again? |
| 22 | E*TRADE REP: Yep. It's 866-789-0720, |

E*TRADE Client (XXXX-0977)                                April 9, 2008
Telephonic Conversation

4  (Pages 10 to 13)

### 10

1    extension 0143.
2            CLIENT XXXX-0977:  866-789-0270?
3            E*TRADE REP:  No.  0720.
4            CLIENT XXXX-0977:  Okay.  0720 extension
5    0143.  Okay.
6            E*TRADE REP:  Mm-hmm.
7            CLIENT XXXX-0977:  Because sometime I have
8    time to talk I might just bring up a couple of these.
9    Now, I believe in front-ends that they actually -- I'm
10   trying to remember how this works.  You pay the front
11   end but if you keep them for five years and there's
12   no -- don't they write off over a period of five years
13   or something like that?  I forgot how that works.
14           E*TRADE REP:  No.  The one thing about a
15   front-end load is once you've paid the sales charge
16   you're done.
17           CLIENT XXXX-0977:  Okay.
18           E*TRADE REP:  What you're thinking of is a
19   B share, which is a back-end load.  And you have to
20   hold them usually for about seven years and at the end
21   of the seven years the 12B-1 fee drops to the A share
22   rate, whereas with a front-end load or an A share, you

### 11

1    pay your sales charge up front and the 12B-1s are the
2    lowest that's offered in that fund.  And they're
3    always that way.
4            CLIENT XXXX-0977:  Okay.  Yeah.
5            E*TRADE REP:  And so once it's peaked out
6    on you, once you've recovered that sales charge or
7    even -- at any time you want you can sell out of that
8    fund without having to incur any charges or penalties.
9            CLIENT XXXX-0977:  Right.  Okay.  I'm not
10   sure which is better.  I imagine if you're not going
11   to get out, back ends are better, would they, because
12   they actually cost you --
13           E*TRADE REP:  Actually, over time the
14   A shares work better.
15           CLIENT XXXX-0977:  Really?
16           E*TRADE REP:  They do, because the fact
17   that B shares have a higher 12B-1 fee for seven years,
18   that 12B-1 fee ends up taking out more and cutting
19   down on the performance over time.
20           CLIENT XXXX-0977:  So there's a different
21   fee basis for the maintenance for the fund on an
22   annual basis with the back-ends --

### 12

1            E*TRADE REP:  Yes.  That's right.
2            CLIENT XXXX-0977:  -- and you're recovering
3    that?
4            E*TRADE REP:  The 12b-1 fee, basically
5    those are the fees that go to the advisor and the fees
6    that go to the fund family.  And the higher 12B-1 fees
7    in that first seven years being, causes -- slows down the
8    performance usually over a longer period of time.
9    Now, it depends on -- and plus, like I say, the A
10   share has break points.  And I don't know.  Were these
11   from different fund families or were they all the same
12   fund family?
13           CLIENT XXXX-0977:  No.  Different funds.
14           E*TRADE REP:  Different funds.
15           CLIENT XXXX-0977:  New York Venture, I
16   think, and there's a number of them that he got me
17   into.  I don't know if I could throw a couple out.  It
18   would take me a second here.
19           E*TRADE REP:  Highland Oppenheimer.
20           CLIENT XXXX-0977:  Yeah.
21           E*TRADE REP:  Davis, New York Venture,
22   Eaton Vance.  I'd have to look and see how much you

### 13

1    put into each one of them.  But generally with an A
2    share, like I say, you get break points.
3            CLIENT XXXX-0977:  Yeah.
4            E*TRADE REP:  The first break point is
5    usually at $50,000.
6            CLIENT XXXX-0977:  Uh-huh.
7            E*TRADE REP:  And it looks like -- did you
8    put more than $50,000 -- did you put $50,000 or more
9    into each of them or --
10           CLIENT XXXX-0977:  Some of them I did,
11   yeah.
12           E*TRADE REP:  When you did that, you
13   basically got -- the sales charge basically went down
14   for you.
15           CLIENT XXXX-0977:  Yeah.
16           E*TRADE REP:  So you end up paying less
17   when you buy them.
18           CLIENT XXXX-0977:  You know, they're all
19   kind of income-producing assets, all these were.
20           E*TRADE REP:  Mm-hmm.
21           CLIENT XXXX-0977:  And that was one of the
22   criteria, conservatism and a predictable income on a

E*TRADE Client (XXXX-0977)                    April 9, 2008
Telephonic Conversation

5  (Pages 14 to 17)

---

**14**

1  historic basis.  So 8, 9 percent was what I was
2  shooting for.
3          E*TRADE REP:  Mm-hmm.
4          CLIENT XXXX-0977:  And that's when he did
5  the combination.  And there's a mix there.  My
6  spreadsheet looks different.  Maybe it's because
7  you're into my spreadsheet too.
8          E*TRADE REP:  That might be.  It's showing
9  the positions right now?  Like it's got the names of
10  them?
11         CLIENT XXXX-0977:  Yeah.
12         E*TRADE REP:  Yeah.  I did that.  If you go
13  up to the top and just click on -- in the View, click
14  on performance --
15         CLIENT XXXX-0977:  Okay.
16         E*TRADE REP:  -- that will make it look
17  like it normally does.
18         CLIENT XXXX-0977:  Okay.  Let me check it
19  out then.  All right.  Interesting.
20         E*TRADE REP:  Yeah.  I didn't realize that
21  when we look at stuff -- because I was looking around
22  to see what happened or where we were at.  And it

---

**15**

1  looks like on like the OIDX just by the value and the
2  loss it's showing that that was a $50,000 investment.
3          CLIENT XXXX-0977:  Right.  I'm a little
4  surprised the bonds didn't gain in value because of
5  the rate with the fed funds.  I'm looking at any
6  excess premium to be made or profit to be made should
7  I sell those bonds, and I'm not seeing much.
8          E*TRADE REP:  One of the things is with the
9  bond quotes you see, those are not -- those are a
10  number that's calculated off of the ten year treasury.
11         CLIENT XXXX-0977:  Okay.
12         E*TRADE REP:  If you actually wanted to
13  sell the bonds the best thing to do is to call and get
14  a firm quote from our bond desk.
15         CLIENT XXXX-0977:  Okay.
16         E*TRADE REP:  Because what happens on those
17  is with bonds, they're a lot more thinly traded.
18         CLIENT XXXX-0977:  Yeah.
19         E*TRADE REP:  And so the quotes are not
20  really what you're going to get for it until you go
21  out and say I want to sell this.  And what happens
22  when they do a bond quote is they throw it out there

---

**16**

1  and they'll get three or four different quotes from
2  bond traders, this is what I'm willing to pay for
3  it.
4          CLIENT XXXX-0977:  So you don't have to
5  close on it but you can kind of put it out there to
6  see what it would sell for?
7          E*TRADE REP:  Generally they want you to be
8  looking to sell it.  I mean, if you're looking to sell
9  it you could always say no, I don't want to.  But
10  generally what they're looking for is they want you to
11  be looking to sell it if you're getting a quote.
12         CLIENT XXXX-0977:  But they will do that
13  much, give you what they think current value is?
14         E*TRADE REP:  Right.  Right.
15         CLIENT XXXX-0977:  Okay.
16         E*TRADE REP:  One of the things is you can
17  call the bond team or you can also if you're looking
18  to sell I would probably hook you up with Brian Fallon
19  who works in New York.  That's the gentleman that I was
20  mentioning.  And have him -- and then he can get the
21  quotes for you.
22         CLIENT XXXX-0977:  Okay.  Good.  Well, I'll

---

**17**

1  definitely get back with you on this stuff.
2          E*TRADE REP:  Okay.
3          CLIENT XXXX-0977:  I believe I'm in for the
4  long haul here anyhow.
5          E*TRADE REP:  Right.
6          CLIENT XXXX-0977:  Except for maybe on the
7  bonds.  Maybe there's a point when maybe we're down to
8  1 percent, you know, which is possible, on federal rates.
9  Maybe that will be the time.
10         E*TRADE REP:  Right.  Now would you like me
11  to just have Brian call you to have him introduce
12  him to you?
13         CLIENT XXXX-0977:  That would be fine.
14         E*TRADE REP:  Okay.  I will have him -- his
15  name is Brian Fallon.
16         CLIENT XXXX-0977:  Okay.
17         E*TRADE REP:  And I will have him give you
18  a call and just to introduce himself to you so you've
19  got a new contact up there with the --
20         CLIENT XXXX-0977:  Well, one fellow I did
21  talk to, but I don't remember his name, over there in
22  lieu of Marcus, but it's been about a week or so since

---

E*TRADE Client (XXXX-0977)                         April 9, 2008
Telephonic Conversation

6  (Pages 18 to 20)

18

1    I've talked to him.
2          E*TRADE REP:  I'll look and see who that
3    was, if there was -- so somebody has contacted you
4    already?  Because I can usually find in the notes who
5    that was.
6          CLIENT XXXX-0977:  It was a guy, yeah.
7          E*TRADE REP:  Okay.
8          CLIENT XXXX-0977:  But it was because I
9    proactively did it.  But we only had one discussion
10   and it really didn't go anywhere, so --
11         E*TRADE REP:  Okay.
12         CLIENT XXXX-0977:  Well, thank you.
13         E*TRADE REP:  Okay.  Was it Kenneth Elbee?
14         CLIENT XXXX-0977:  It could have been,
15   yeah.
16         E*TRADE REP:  Okay.  Yeah.  I'm seeing that
17   there is notes in there that he had called and talked
18   to you.  So I'll bet you that was it.  Okay.  Sounds
19   good.
20         CLIENT XXXX-0977:  Okay.  Thanks.
21         E*TRADE REP:  Thank you.  Good-bye.
22         CLIENT XXXX-0977:  Bye now.

19

1          (Audio ends.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

20

1    UNITED STATES OF AMERICA   )
2
3    DISTRICT OF COLUMBIA      )
4          I, JONATHAN WONNELL, a Notary Public in and
5    for the District of Columbia, do hereby certify that
6    the within transcript is a true and accurate record of
7    the taped telephone conversation as provided by
8    counsel in the above-entitled matter.
9          I further certify that I am not a relative,
10   employee, attorney or counsel of any of the parties to
11   this action and that I am in no way interested in the
12   outcome of this matter.
13         IN WITNESS WHEREOF, I have hereunto set my
14   hand this _____ day of _____, 2008.
15
16
17
18         _____
19              JONATHAN WONNELL
20
21   My Commission expires:
22   October 1, 2012

E*TRADE Client (XXXX-0977)
Telephonic Conversation

20

1    UNITED STATES OF AMERICA     )

2

3    DISTRICT OF COLUMBIA          )

4         I, JONATHAN WONNELL, a Notary Public in and

5    for the District of Columbia, do hereby certify that

6    the within transcript is a true and accurate record of

7    the taped telephone conversation as provided by

8    counsel in the above-entitled matter.

9         I further certify that I am not a relative,

10   employee, attorney or counsel of any of the parties to

11   this action and that I am in no way interested in the

12   outcome of this matter.

13        IN WITNESS WHEREOF, I have hereunto set my

14   hand this _14th_ day of _April_, 2008.

15

16

17

18   _____

19              JONATHAN WONNELL

20

21   My Commission expires:

22   October 1, 2012

# EXHIBIT 5

E*TRADE Client (XXXX-6453)                        April 9, 2008
Telephonic Conversation

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

E*TRADE FINANCIAL CORPORATION    )

and E*TRADE SECURITIES LLC,      )

          Plaintiffs,            )

    v.                           ) No. 08 CV 2993 (RJH)

MARCUS J. HERNANDEZ, SEAN J.     )

GAFFEY, and BANC OF AMERICA      )

INVESTMENT SERVICES, INC.,       )

          Defendants.            )

- - - - - - - - - - - - - - - -


       Transcription of a taped telephone conversation

between E*TRADE Client XXXX-6453 and a representative

of E*TRADE FINANCIAL CORPORATION, recorded on January

29, 2008, transcribed by Jonathan Wonnell, a

Registered Professional Court Reporter and Notary

Public of the District of Columbia.

E*TRADE Client (XXXX-6453)                    April 9, 2008
Telephonic Conversation

2 (Pages 2 to 5)

---

**2**

1          P R O C E E D I N G S
2          E*TRADE REP 1:  Thanks for calling E*TRADE.
3   This is Chris.
4          E*TRADE REP 2:  Hey, Chris.  This is Sharma
5   Shapur [phon.].   We just got another account here.
6   XXXX-6453.
7          E*TRADE REP 1:  Okay.
8          E*TRADE REP 2:  I tried to get in contact
9   with the financial advisor with this client, but he's
10  no longer working with E*TRADE, it appears.
11         E*TRADE REP 1:  That's correct.
12         E*TRADE REP 2:  Yeah.  And the client wants
13  to buy some TIPS, Treasury, you know, TIP auctions
14  here.
15         E*TRADE REP 1:  Okay.
16         E*TRADE REP 2:  Specifically he wouldn't
17  tell me what it is, but I have him on the line right
18  now.
19         E*TRADE REP 1:  Okay.
20         E*TRADE REP 2:  And I actually checked the
21  advisor -- we have a link where we can actually find a
22  new financial advisor.  And I found the branch I was

---

**3**

1   supposed to call and I called the branch twice and
2   they kept on referring me to an actual -- to a voice
3   message, so --
4          E*TRADE REP 1:  Okay.
5          E*TRADE REP 2:  I'm happy to give you the
6   call.
7          E*TRADE REP 1:  Sure.  So he's just looking
8   to buy a TIP?
9          E*TRADE REP 2:  Yeah.  He's looking for
10  some help.
11         E*TRADE REP 1:  Sure.  I can help you.
12         E*TRADE REP 2:  Okay.  Thank you, sir.
13         E*TRADE REP 1:  Thank you.
14         E*TRADE REP 2:  Thank you for staying on
15  hold.  I'm sorry I took a while.  I have a financial
16  advisor on the line right now who would be more than
17  happy to help with your potential order right now.
18         CLIENT XXXX-6453:  Okay.  Thank you.
19         E*TRADE REP 2:  Thank you for your TIPS
20  offer.  You have a great day.
21         E*TRADE REP 1:  Hello, Mr. (Client
22  XXXX-6453)?

---

**4**

1          CLIENT XXXX-6453:  Yes.
2          E*TRADE REP #1:  Yes.  This is Chris
3   Erlewine.  I'm a financial advisor here with E*TRADE.
4   How are you?
5          CLIENT XXXX-6453:  Oh, fine.  How are you?
6          E*TRADE REP 1:  Good.  Thank you.  I
7   understand that you're looking into picking up some
8   treasuries today?
9          CLIENT XXXX-6453:  Yeah.  I found this
10  screen somewhere -- now I can't find it again -- about
11  the treasury auction.
12         E*TRADE REP #1:  Yes.  Mm-hmm.
13         CLIENT XXXX-6453:  I was hoping to buy some
14  of these inflation protected bonds without paying a
15  big point spread, which I notice when I look at the
16  secondary market here there's quite a spread between
17  bid and asked for those bonds.  So I was thinking if I
18  could do it through the auction it would be a better
19  deal.
20         E*TRADE REP 1:  What's the time frame
21  you're looking at for the treasury inflation?
22         CLIENT XXXX-6453:  What's the what?

---

**5**

1          E*TRADE REP 1:  What's the term that you're
2   looking at?  Like what --
3          CLIENT XXXX-6453:  Well, right now I was
4   looking at the January 15th 2018, ten-year.
5          E*TRADE REP 1:  Okay.
6          CLIENT XXXX-6453:  It has a bid right now
7   of 101.44 and an asked of 102.83.  But I found this
8   screen that said treasury auction.  And for some
9   reason I couldn't get it to work.
10         E*TRADE REP #1:  Right.  Let me see -- I
11  can take a look and see when the next auction is for
12  the TIP.  They're not as frequent as just the treasury
13  bills and things of that nature.
14         CLIENT XXXX-6453:  Maybe it's because the
15  auction is over for that particular issue?
16         E*TRADE REP 1:  Yeah.  There are no more
17  this week.
18         CLIENT XXXX-6453:  Oh, they only last for a
19  week?
20         E*TRADE REP 1:  Well, I mean, like the
21  three month treasuries happen every week but when
22  you're talking about TIPS, they're not as frequent

---

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

E*TRADE Client (XXXX-6453)                          April 9, 2008
Telephonic Conversation

3  (Pages 6 to 9)

6

1  for --
2        CLIENT XXXX-6453:  I guess the next issue
3  would be in July, right?
4        E*TRADE REP 1:  Right.  It appears that
5  way.  Let me double-check here and see upcoming
6  auctions here.  You were looking at the January 15th
7  2018?  That's the one you were originally interested
8  in?
9        CLIENT XXXX-6453:  That's right.
10        E*TRADE REP #1:  How many were you
11  originally looking to pick up?
12        CLIENT XXXX-6453:  Well, I was looking at
13  $500,000.  That's why I didn't want to get stuck with
14  a big spread.  Do you guys negotiate these rates?  I
15  know a lot of that spread is the broker's take or
16  whatever you call it.
17        E*TRADE REP 1:  Yeah.  Sometimes I can cut
18  into them.  I can actually do a mid-quote request to
19  see because you're buying so many we might be able to
20  get a better price for you.  So I can certainly go out
21  and see what's available there.  You said you
22  originally saw a price of 102.44 or --

7

1        CLIENT XXXX-6453:  102.86, I guess.  I'm
2  looking at it right now.  I don't know if I refresh
3  maybe it will change.
4        E*TRADE REP 1:  Why don't --
5        CLIENT XXXX-6453:  There's a bid of 1.440.
6        E*TRADE REP 1:  Oh, in the yield?
7        CLIENT XXXX-6453:  On that screen.  I have
8  this screen for the search results.
9        E*TRADE REP 1:  Right.
10        CLIENT XXXX-6453:  And it's got a bid and
11  an asked price.
12        E*TRADE REP 1:  Yup.
13        CLIENT XXXX-6453:  So the asked price is a
14  higher one, obviously.  I'm wondering if I can get
15  closer to the asked price.
16        E*TRADE REP 1:  Right.
17        CLIENT XXXX-6453:  The bid price, rather.
18        E*TRADE REP #1:  Yeah.  I think we'd be
19  better off if I put in a big quote request and see if
20  I can cut into the dealers, because that way they can
21  bid against each other to get a better price because
22  we're buying so many.

8

1        CLIENT XXXX-6453:  Uh-huh.
2        E*TRADE REP 1:  So I think I should be able
3  to cut into that a little bit.
4        CLIENT XXXX-6453:  That's something that I
5  can do too or is that just --
6        E*TRADE REP 1:  Well, I'm just going to
7  forward it directly to our fixed income desk to go to
8  the dealers.  So I'm going to put that in right now
9  for you.  And then what I can do is come back to you
10  with a best price.
11        CLIENT XXXX-6453:  Okay.
12        E*TRADE REP 1:  Is there a number that I
13  can call you back?  This usually takes about five to
14  ten minutes just for all the dealers to bid on it.
15        CLIENT XXXX-6453:  Yes.  That's (phone
16  number).
17        E*TRADE REP 1:  What was the first three?
18        CLIENT XXXX-6453:  (Phone number).
19        E*TRADE REP 1:  And you're looking for 500
20  of these?
21        CLIENT XXXX-6453:  Yes.
22        E*TRADE REP 1:  Okay.  Let me go ahead and

9

1  put it in and see if they'll give me a better time
2  frame here.
3        CLIENT XXXX-6453:  Yeah, actually, if I
4  wanted to put in a trade I guess I do that too when I
5  go to the trade window.  Is this going to cost me more
6  because you're doing it?
7        E*TRADE REP 1:  No.  I'm hoping it's going
8  to actually cost you less because the concessions are
9  built in.  What I'm going to try to do is get the
10  dealers to cut theirs and then hopefully get you a
11  better price on them.
12        CLIENT XXXX-6453:  Uh-huh.
13        E*TRADE REP 1:  And there's no transaction
14  costs.  It's just built in from the dealers.  So if we
15  can cut into the dealers it costs you less so we can
16  get a better price for you.
17        CLIENT XXXX-6453:  I thought there was like
18  a credit or something that the broker like E*TRADE --
19        E*TRADE REP 1:  There's a credit?
20        CLIENT XXXX-6453:  Yeah.  I forget what
21  they call it.  Isn't there like a credit or something?
22  It's an actual markup that's stuck in the price that

E*TRADE Client (XXXX-6453)                    April 9, 2008
Telephonic Conversation

4  (Pages 10 to 13)

## 10

1  the broker puts in.
2          E*TRADE REP 1:  Yeah.  That's the
3  concession.
4          CLIENT XXXX-6453:  Concession?
5          E*TRADE REP 1:  Concession.  Yeah.  That's
6  built in.  But if we can cut the dealer price then we
7  can move the concession down as well and then get you
8  a better price overall.  So --
9          CLIENT XXXX-6453:  Okay.  How much is the
10 concession?
11         E*TRADE REP 1:  On treasuries it's not very
12 much.  Especially on this many.  I'm not exactly sure
13 because I have to get the quote from the dealers and
14 then they build it in.  But hopefully it should be --
15         CLIENT XXXX-6453:  That would be 100 basis
16 points?
17         E*TRADE REP 1:  Well, it would be one
18 one-thousandth.  But basically -- one dollar of a
19 thousand dollar par value.
20         CLIENT XXXX-6453:  Uh-huh.
21         E*TRADE REP #1:  But we should be able to
22 get a better price than what you're seeing on your

## 11

1  screen --
2          CLIENT XXXX-6453:  Uh-huh.
3          E*TRADE REP 1:  -- by going this route.
4  They're saying they should have a quote back to me
5  within three minutes.  Do you want me to give you a
6  call right back or do you want to hold or --
7          CLIENT XXXX-6453:  Yeah.  I can hold.
8  There's no problem.
9          E*TRADE REP #1:  Okay.  I'm trying to see
10 the --
11         CLIENT XXXX-6453:  I'm just going to get a
12 cup of coffee.
13         E*TRADE REP 1:  Sure.  No problem.
14         (Period of silence.)
15         E*TRADE REP 1:  Are you still there?
16         CLIENT XXXX-6453:  Yeah.  I'm still here.
17         E*TRADE REP 1:  Okay.  It looks like it's
18 coming back now at 102.49, the price --
19         CLIENT XXXX-6453:  Yeah.  That's lower.
20         E*TRADE REP #1:  -- for 500.  You do have a
21 pay a little bit of accrued interest, 15 days, which
22 is $335.

## 12

1          CLIENT XXXX-6453:  Excuse me?
2          E*TRADE REP 1:  I'm just trying to give you
3  the details of it.
4          CLIENT XXXX-6453:  Oh, interest.  Yeah.
5  Okay.
6          E*TRADE REP 1:  $335 of accrued interest
7  for 15 days.  The net money that you would pay would
8  be $514,259.65 for 500 of them.
9          CLIENT XXXX-6453:  How much cash do I have?
10 It's pretty close to that.
11         E*TRADE REP #1:  Let me double-check here.
12         CLIENT XXXX-6453:  This is the IRA account,
13 right?
14         E*TRADE REP 1:  The XXXX-6453?  I see
15 $563,627.
16         CLIENT XXXX-6453:  Okay.  Yeah.  I got
17 stuck with a lot of cash there when all my agency
18 bonds were called.
19         E*TRADE REP 1:  Oh, really?  Just here
20 recently?
21         CLIENT XXXX-6453:  Yeah.  I had these
22 step-up bonds.

## 13

1          E*TRADE REP 1:  That happened to a lot of
2  them.  I had some clients that did that as well.
3  Yeah, where they were stepping up to 5 and 6 percent.
4  I know a lot of them got called.
5          CLIENT XXXX-6453:  Mm-hmm.
6          E*TRADE REP 1:  That's the price we're kind
7  of looking at right now for the TIPS.  Is that mainly
8  what you're looking to pick up?
9          CLIENT XXXX-6453:  What did you wind up
10 with it?
11         E*TRADE REP #1:  What did you wind up with?
12         CLIENT XXXX-6453:  What price did you tell
13 me?  I didn't write it down.
14         E*TRADE REP #1:  Oh, okay.  I'll jump back
15 to that screen.  102.46.  I haven't bought them or
16 done anything to them yet.
17         CLIENT XXXX-6453:  That's a hell of a
18 market with --
19         E*TRADE REP 1:  It's unbelievable with all
20 the volatility that's gone on.  The original price
21 came back at like 102.8, I believe, when I was
22 originally looking at the prices going around.

E*TRADE Client (XXXX-6453)                              April 9, 2008
Telephonic Conversation

5  (Pages 14 to 17)

---

**14**

1    CLIENT XXXX-6453:  Yeah.  I just refreshed
2  it.  It's 102.78 now and the bid is 101.39.  It went
3  down ever so slightly.  Well --
4    E*TRADE REP 1:  Hold on.  I might be able
5  to --
6    CLIENT XXXX-6453:  Okay.  I might as well
7  go ahead with it.  I'm thinking I really need some
8  inflation protection in that account.
9    E*TRADE REP 1:  Okay.
10    CLIENT XXXX-6453:  They're cutting rates.
11  I'm worried about inflation.
12    E*TRADE REP 1:  You're worried about
13  inflation?  Yeah.  They could cut at another meeting.
14  They're supposed to announce again tomorrow.
15    CLIENT XXXX-6453:  They're cutting rates
16  and a stimulus package and it sounds like everyone has
17  forgotten about inflation.
18    E*TRADE REP 1:  Yeah.  Well, it continues
19  to move around as we speak.  It's actually moved to
20  102.48.  So it continues to jump around.
21    CLIENT XXXX-6453:  These are bids that are
22  being put in by dealers?

---

**15**

1    E*TRADE REP 1:  Yes.  Mm-hmm.  You know,
2  when you buy in round lots and they're high in
3  numbers, sometimes you can get some better prices just
4  because of the volume.  So we allow them to bid
5  against each other.  But the price is moving against
6  you right now because they keep -- they're going to
7  have to reset them.
8    CLIENT XXXX-6453:  How long are these bids
9  good for?
10    E*TRADE REP 1:  Right now they don't last
11  very long because the market is so volatile.  They can
12  usually last 10 or 15 minutes.  Right now it's 102.47.
13  It actually moved a little bit.  But do you want to go
14  ahead and pick these up or --
15    CLIENT XXXX-6453:  Okay.
16    E*TRADE REP 1:  We'll do the 500,000?
17    CLIENT XXXX-6453:  Yes.
18    E*TRADE REP #1:  Okay.  At 102.464?  Does
19  that sound good to you?
20    CLIENT XXXX-6453:  Okay.  Yes.
21    E*TRADE REP 1:  Okay.  The order was
22  placed.  So that money was $514,126.

---

**16**

1    CLIENT XXXX-6453:  Okay.
2    E*TRADE REP 1:  And you're all set on that
3  one.  That should go through here shortly.  What I can
4  do is give you my number as well and that way if you
5  have questions on it you can certainly give me a call
6  back directly.  That way you don't have to be
7  transferred around again.  And anytime you have
8  questions on fixed income or anything like that,
9  mutual funds, you can certainly give me a call and I
10  can help you take a look at anything.
11    CLIENT XXXX-6453:  Okay.  What's your name?
12    E*TRADE REP 1:  My name was Chris.  Last
13  name was --
14    CLIENT XXXX-6453:  Chris?
15    E*TRADE REP 1:  Chris, C-h-r-i-s.  Last
16  name was Erlewine.  It's E-r-l-e-w-i-n-e.
17    CLIENT XXXX-6453:  Yes.
18    E*TRADE REP 1:  And my number here is
19  866-789 --
20    CLIENT XXXX-6453:  866?
21    E*TRADE REP 1:  Yes.  789-0714.  And my
22  extension is 0056.

---

**17**

1    CLIENT XXXX-6453:  Okay.  Do you have a
2  discount commission or --
3    E*TRADE REP 1:  Yeah.  I try to cut into it
4  all the time to get better quotes.  That way hopefully
5  we can cut into the dealers and the concessions and
6  get you better quotes.  So that way you can always
7  call us and hopefully get the best prices out there.
8    CLIENT XXXX-6453:  Uh-huh.  Okay.  Very
9  good.
10    E*TRADE REP #1:  All right?  You're all set
11  on that one.  Just give me a call if you have
12  questions on anything pertaining to fixed income
13  and --
14    CLIENT XXXX-6453:  Yeah.  While I'm talking
15  to you, I notice that E*TRADE bank has some big
16  liability because of -- I guess it's the bank that has
17  the liability, not the brokerage, but it's all the
18  same company, right?
19    E*TRADE REP 1:  That's correct.  Mm-hmm.
20    CLIENT XXXX-6453:  Is there any risk to any
21  of these brokerage accounts because of that?
22    E*TRADE REP 1:  Well, I mean, we have our

---

E*TRADE Client (XXXX-6453)                    April 9, 2008
Telephonic Conversation

6  (Pages 18 to 21)

| 18 |
|---|
| 1 insurance. I mean, first off, most of it has gone by |
| 2 the wayside because we did sell most of our risky |
| 3 assets and a big chunk of our home equity lines of |
| 4 credit. So we actually expect to turn a profit by mid |
| 5 this year again. But for insurance purposes you do |
| 6 have up to 500,000 in each account and then we have |
| 7 third party insurance on top of that which is an |
| 8 aggregate of 600 million by London insurers. |
| 9     CLIENT XXXX-6453: Yeah. |
| 10     E*TRADE REP 1: And then of course your |
| 11 bank accounts it's 100,000 FDIC insurance as well. |
| 12     CLIENT XXXX-6453: Yeah. That one was |
| 13 worrying me, because with all those bonds being called |
| 14 and whatnot the other day I noticed my cash balance |
| 15 was up to about a million. But I think that's all in |
| 16 the bank, right, in that SweepMax bank account? So I |
| 17 assume that's owned by the bank, right? |
| 18     E*TRADE REP 1: Are you talking about your |
| 19 trust account or -- |
| 20     CLIENT XXXX-6453: No. In this particular |
| 21 account, the cash balances are swept into a bank |
| 22 account called SweepMax? |

| 19 |
|---|
| 1     E*TRADE REP 1: Yes. A money market. Yes. |
| 2     CLIENT XXXX-6453: Right. That's run by |
| 3 the bank, right? They invest those balances in |
| 4 mortgages or whatever? |
| 5     E*TRADE REP 1: Correct. Yeah. I mean, |
| 6 they pay you interest off of the investments in the |
| 7 money market. Correct. |
| 8     CLIENT XXXX-6453: Yeah. That's why I |
| 9 figured I'd better get rid of that cash balance quick. |
| 10     E*TRADE REP #1: You'd rather it be in |
| 11 treasuries, huh? |
| 12     CLIENT XXXX-6453: Well, I mean, you say |
| 13 that the bank has gotten rid of most of that. I |
| 14 looked at their balance sheet and it's got about $25 |
| 15 billion in mortgage obligations of some kind. I don't |
| 16 know what the hell it is. Maybe only part of them are |
| 17 the risky ones. I don't know. |
| 18     E*TRADE REP #1: Yeah. I mean, we sold $3 |
| 19 billion a while back, about two months ago, back in |
| 20 November, and then we sold another $3 billion in home |
| 21 equity lines. But the biggest part was the $3 billion |
| 22 with the asset backed securities that we got rid of. |

| 20 |
|---|
| 1 Those were the ones that we were continuing to take |
| 2 write-downs on. And we just wanted to knock those off |
| 3 our books. So hopefully we won't have to take any |
| 4 more write-downs going forward. |
| 5     CLIENT XXXX-6453: Yeah. Okay. I guess |
| 6 I'm safe. |
| 7     E*TRADE REP 1: Okay. Well, if you have |
| 8 questions on it give me a call back and I can talk to |
| 9 you about that as well. |
| 10     CLIENT XXXX-6453: Okay. One thing you |
| 11 might want to look at on the balance sheet is I think |
| 12 the net assets are somewhere around $3 billion and |
| 13 two-thirds of that is goodwill, which I kind of doubt |
| 14 if it's worth $2 billion -- |
| 15     E*TRADE REP 1: Huh. |
| 16     CLIENT XXXX-6453: -- as a sheet looker. |
| 17     E*TRADE REP 1: $2 billion of goodwill, |
| 18 huh? |
| 19     CLIENT XXXX-6453: Okay. |
| 20     E*TRADE REP #1: Okay. Well, we'll -- you |
| 21 know, I'm pretty confident that hopefully we took our |
| 22 big write-downs here this last quarter that we just |

| 21 |
|---|
| 1 announced last week. So hopefully we're moving in the |
| 2 right direction now. |
| 3     CLIENT XXXX-6453: Yeah. Well, my former |
| 4 advisor who -- I don't know if he quit or was laid |
| 5 off. But he's over at Bank of America now. |
| 6     E*TRADE REP 1: Oh, okay. |
| 7     CLIENT XXXX-6453: And he's trying to talk |
| 8 me into moving all my money over there. And he's, you |
| 9 know, telling me how unsafe E*TRADE is. But in any |
| 10 event -- |
| 11     E*TRADE REP 1: Sure. |
| 12     CLIENT XXXX-6453: I don't really believe |
| 13 him. And if I did move it I don't think I'd move it |
| 14 to that particular bank either. |
| 15     E*TRADE REP 1: Right. Yeah. I can |
| 16 understand that. |
| 17     CLIENT XXXX-6453: Okay. |
| 18     E*TRADE REP 1: No. We're in good shape, |
| 19 so hopefully we're getting back to where we need to |
| 20 be. Hopefully we'll turn the corner and turn up some |
| 21 into a profit here in '08. I know there's been a big |
| 22 setback due to the bank side and their investments |

E*TRADE Client (XXXX-6453)                                April 9, 2008
Telephonic Conversation

7 (Pages 22 to 24)

22

1  over there.  But the retail side has been very strong.
2  And that's what the focus is on now.  So hopefully
3  we'll build upon that.
4          CLIENT XXXX-6453:  Are you buying the
5  stock?
6          E*TRADE REP 1:  I have ownership in it.  I
7  mean, obviously as an employee I have a lot of stock
8  option plans and things of that nature.  So I am
9  invested in the company to that extent.
10         CLIENT XXXX-6453:  Okay.  Very good.
11         E*TRADE REP #1:  I have full confidence in
12 it.  It seems like things are starting to move back
13 and hopefully we're closer to the bottom with that
14 mortgage crisis than we have been in the past,
15 hopefully.
16         CLIENT XXXX-6453:  Well, yeah.  I think the
17 central banks are not going to let it get too far out
18 of hand.
19         E*TRADE REP 1:  No.  No.  We already see
20 them stepping in pretty majorly with some liquidity
21 into different things.  So -- especially in an
22 election year, no one wants to dive into a recession.

23

1  That's not going to look good on either side right
2  now.  So I think they'll do everything in their power
3  to prevent that.  And of course no one wants that to
4  happen on their watch as well when you're on the fed
5  side, regardless if you created it or not.  So --
6          CLIENT XXXX-6453:  Okay.  Very good.
7          E*TRADE REP #1:  Okay?  All right.  Well,
8  thank you, (Client XXXX-6453), and give me a call if
9  you have any questions and we'll certainly be in
10 touch.
11         CLIENT XXXX-6453:  Okay.  Very good.
12         E*TRADE REP #1:  Okay.
13         CLIENT XXXX-6453:  Bye-bye.
14         E*TRADE REP 1:  Thank you, sir.  Bye.
15         (Call ends.)
16
17
18
19
20
21
22

1  UNITED STATES OF AMERICA   )
2
3  DISTRICT OF COLUMBIA       )
4          I, JONATHAN WONNELL, a Notary Public in and
5  for the District of Columbia, do hereby certify that
6  the within transcript is a true and accurate record of
7  the taped telephone conversation as provided by
8  counsel in the above-entitled matter.
9          I further certify that I am not a relative,
10 employee, attorney or counsel of any of the parties to
11 this action and that I am in no way interested in the
12 outcome of this matter.
13         IN WITNESS WHEREOF, I have hereunto set my
14 hand this _____ day of _____, 2008.
15
16
17
18         _____
19         JONATHAN WONNELL
20
21 My Commission expires:
22 October 1, 2012

E*TRADE Client (XXXX-6453)                    January 29, 2008
Telephonic Conversation

24

1    UNITED STATES OF AMERICA    )

2

3    DISTRICT OF COLUMBIA        )

4         I, JONATHAN WONNELL, a Notary Public in and

5    for the District of Columbia, do hereby certify that

6    the within transcript is a true and accurate record of

7    the taped telephone conversation as provided by

8    counsel in the above-entitled matter.

9         I further certify that I am not a relative,

10   employee, attorney or counsel of any of the parties to

11   this action and that I am in no way interested in the

12   outcome of this matter.

13        IN WITNESS WHEREOF, I have hereunto set my

14   hand this ___14Th___ day of ___April___, 2008.

15

16

17

18   _____

19             JONATHAN WONNELL

20

21   My Commission expires:

22   October 1, 2012