**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

E*TRADE FINANCIAL CORPORATION and
E*TRADE SECURITIES LLC,

                     Plaintiffs,

                -against-

MARCUS J. HERNANDEZ, SEAN J. GAFFEY,
and BANC OF AMERICA INVESTMENT
SERVICES, INC.,

                   Defendants.

Civil Action No. 08 CV 2993 (RJH)

**ORDER GRANTING THE ADMISSION OF**
**CHRISTOPHER C. COSS AND**
**THOMAS J. MOMJIAN PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08

This matter coming before the Court on the application of defendants, Marcus J. Hernandez and Sean J. Gaffey ("Defendants"), seeking permission for Christopher C. Coss and Thomas J. Momjian, of the firm Coss & Momjian, LLP, Bala Cynwyd, Pennsylvania, to appear *pro hac vice* in the within cause, and the Court having considered the declarations of Paul A. Saso, Christopher C. Coss and Thomas J. Momjian in support thereof, and for good cause shown, it is

     **ORDERED**:

     1.     That Christopher C. Coss and Thomas J. Momjian of Coss & Momjian, LLP be and hereby are granted admission *pro hac vice* for the purpose of appearing in the within matter pursuant to Local Rule 1.3(c).

     2.     That Christopher C. Coss and Thomas J. Momjian are hereby required to abide by the New York Lawyers Code of Professional Responsibility.

3.    That Christopher C. Coss and Thomas J. Momjian notify the Court immediately

of any matter affecting their standing at the bar of any other court.

Richard J. Holwell, U.S.D.J.