

# Cooley
GODWARD KRONISH LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 4/22/08
```

Douglas P. Lobel

April 22, 2008

<u>VIA FACSIMILE (212.805.7948)</u>

The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
APR 22 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:   <u>E*TRADE Financial Corp., et al. v. Hernandez, et al.</u>, No. 08 CV 2993

Dear Judge Holwell:

      We represent Plaintiffs in the above-referenced action. I am informed by my office that yesterday you signed an order to show cause setting a hearing for Wednesday April 23 at 3:00 pm and requiring Plaintiffs to file a brief today at 5:00 p.m.

      I am currently in Salt Lake City and will be appearing today at a motions hearing before the Hon. Ted Stewart in <u>TON Serv., Inc. v. Qwest Corp.</u>, No. 1-1:04-cv-0035TS (D. Utah). On Wednesday, April 23rd, I will be appearing at a Rule 16(b) Scheduling Conference in Denver before Magistrate Judge Michael E. Heggarty in <u>Securities & Exch. Comm'n v. Arnold et al.</u>, No. 03-cv-00328-REB-MEH (D. Colo.). I will not be arriving back in Virginia from Denver until 1:00 a.m. EDT on this Thursday April 24. Accordingly, it would be impossible for me to appear on Wednesday April 23 as ordered. I respectfully request that the Court move the order to show cause hearing until this Friday, April 25, and that we be allowed to submit our response by 5:00 p.m. EDT on Thursday April 24.

      Defense counsel was well aware of my schedule. Mr. Lukanski, counsel for Banc of America, approached me last week about engaging in settlement discussions. In response, I sent an email to all defense counsel Sunday April 20 informing them that I would be out of town at various court proceedings Monday through Wednesday. Counsel made their application at a time and in a manner when it was inevitable that I would be hampered in responding due to my travel schedule.

      In light of my unavoidable and preexisting scheduling conflicts, I ask the Court's indulgence in moving the hearing date. I would note that we are early in the pendency of the injunction and thus there is no prejudice to Defendants. Thank you for your consideration.

Respectfully submitted,

*Douglas P. Lobel /HBL*

Douglas P. Lobel



The Honorable Richard J. Holwell
April 21, 2008
Page Two


cc:   Thomas J. Momjian, Esq.
      John O. Lukanski, Esq.
      Paul A. Saso, Esq.
      (All via electronic mail)


361228 RE

---

The order to show cause hearing is adjourned until Monday, April 28, 2008 at 11:30 a.m. Plaintiff shall file any opposition by April 24, 2008 at 5:00 P.M.

SO ORDERED:
Date: 4/22/08

Richard J. Holwell, U.S.D.J.